ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 22 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIG INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE NO. |
| ) | 1 03 CV 2096 *HTW* |
| ) | |
| UNIVERSAL WRESTLING ) | |
| CORP., INC. f/k/a WORLD ) | |
| CHAMPIONSHIP ) | |
| WRESTLING, INC., TURNER ) | |
| SPORTS, INC., TURNER ) | |
| ENTERTAINMENT GROUP, ) | |
| INC., SIDNEY R. EUDY, and ) | |
| JOHNNY LAURINAITIS ) | |
| ) | |
| Defendants, ) | |

## DEFENDANT SIDNEY R. EUDY'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW Sidney R. Eudy ("Mr. Eudy"), Defendant in the above-styled civil action, and in support of his Answer to Plaintiff's Complaint for Declaratory Judgment shows the Court the following:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

1

9

## SECOND AFFIRMATIVE DEFENSE

Jurisdiction and venue in this Court are improper, and the case should therefore be dismissed.

## THIRD AFFIRMATIVE DEFENSE

There is no actual or justiciable controversy before this Court and therefore, this Complaint should be dismissed.

## FOURTH AFFIRMATIVE DEFENSE

Mr. Eudy further responds to the specific paragraphs in Plaintiff's Complaint as follows:

## PARTIES

1.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 1 of Plaintiff's Complaint.

2.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 2 of Plaintiff's Complaint.

3.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 3 of Plaintiff's Complaint.

4.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 4 of Plaintiff's Complaint.

5.

Mr. Eudy admits the allegations in Paragraph 5 of Plaintiff's Complaint.

6.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 6 of Plaintiff's Complaint.

## JURISDICTION AND VENUE

7.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 7 of Plaintiff's Complaint.

8.

Mr. Eudy admits the allegations in Paragraph 8 of Plaintiff's Complaint.

9.

Mr. Eudy denies the allegations in Paragraph 9 of Plaintiff's Complaint.

10.

Mr. Eudy denies the allegations in Paragraph 10 of Plaintiff's Complaint.

11.

Mr. Eudy admits that he is subject to the personal jurisdiction of this Court, but lacks sufficient information to admit or deny the remaining allegations in Paragraph 11 of Plaintiff's Complaint.

12.

Mr. Eudy denies the allegations in Paragraph 12 of Plaintiff's Complaint.

13.

Mr. Eudy admits the allegations in Paragraph 13 of Plaintiff's Complaint.

14.

Mr. Eudy responds that the Employment Agreement speaks for itself as to content and legal effect, and otherwise denies the allegations in Paragraph 14 of Plaintiff's Complaint that are inconsistent with the terms of the Employment Agreement.

15.

Mr. Eudy responds that the Employment Agreement speaks for itself as to content and legal effect, and otherwise denies the allegations in Paragraph 15 of Plaintiff's Complaint that are inconsistent with the terms of the Employment Agreement.

16.

Mr. Eudy responds that the Employment Agreement speaks for itself as to content and legal effect, and otherwise denies the allegations in Paragraph 16 of Plaintiff's Complaint that are inconsistent with the terms of the Employment Agreement.

17.

Mr. Eudy responds that the Employment Agreement speaks for itself as to content and legal effect, and otherwise denies the allegations in Paragraph 17 of Plaintiff's Complaint that are inconsistent with the terms of the Employment Agreement.

18.

Mr. Eudy responds that the Employment Agreement speaks for itself as to content and legal effect, and otherwise responds that he lacks sufficient information to admit or deny the allegations in Paragraph 18 of Plaintiff's Complaint.

**UNDERLYING LAWSUIT**

19.

Mr. Eudy admits the allegations in Paragraph 19 of Plaintiff's Complaint.

20.

Mr. Eudy admits the allegations in Paragraph 20 of Plaintiff's Complaint.

21.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 21 of Plaintiff's Complaint.

22.

Mr. Eudy admits that he filed an amended complaint on or about February 3, 2003, and otherwise responds that he lacks sufficient information to admit or deny the remaining allegations in Paragraph 22 of Plaintiff's Complaint.

23.

Mr. Eudy admits the allegations in Paragraph 23 of Plaintiff's Complaint.

24.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 24 of Plaintiff's Complaint.

## TIG'S COVERAGE DECISIONS

25.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 25 of Plaintiff's Complaint.

26.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 26 of Plaintiff's Complaint.

27.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 27 of Plaintiff's Complaint.

## **PERTINENT POLICY PROVISIONS**

28.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 28 of Plaintiff's Complaint.

29.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 29 of Plaintiff's Complaint.

30.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 30 of Plaintiff's Complaint.

31.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 31 of Plaintiff's Complaint.

32.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 32of Plaintiff's Complaint.

33.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 33 of Plaintiff's Complaint.

34.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 34 of Plaintiff's Complaint.

35.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 35 of Plaintiff's Complaint.

36.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 36 of Plaintiff's Complaint.

## RELIEF SOUGHT

37.

Mr. Eudy lacks sufficient information to admit or deny the allegations in Paragraph 37 of Plaintiff's Complaint.

38.

Mr. Eudy denies the allegations in Paragraph 38 of Plaintiff's Complaint.

## FIFTH AFFIRMATIVE DEFENSE

Mr. Eudy denies all other allegations in Plaintiff's Complaint not expressly admitted or addressed above.

WHEREFORE, Mr. Eudy requests that:

a) Mr. Eudy be discharged from this case with judgment granted in his favor;

b) All costs be cast against Plaintiff; and

c) Mr. Eudy have such other and further relief as allowed by law.

Respectfully submitted this 18th day of September, 2003.

                      COUNSEL FOR DEFENDANT
                      SIDNEY R. EUDY

WEIZENECKER, ROSE,
MOTTERN & FISHER, P.C.
1800 Peachtree Road, N.W.
Suite 620
Atlanta, Georgia 30309
(404) 365-9799

STEPHEN G. WEIZENECKER
Georgia Bar No. 746451
KIM KNIGHT PEREZ
Georgia Bar No. 572125

9

ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 22 2003

LUTHER D. THOMAS, Clerk
By: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIG INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> UNIVERSAL WRESTLING ) <br> CORP., INC. f/k/a WORLD ) <br> CHAMPIONSHIP ) <br> WRESTLING, INC., ET AL. ) <br> ) <br> Defendants, ) | CIVIL ACTION FILE NO. <br> 1 03 CV 2096 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served counsel for all parties in the foregoing matter with a copy of the within and foregoing **Defendant Sidney R. Eudy's Answer to Plaintiff's Complaint for Declaratory Judgment** by depositing a copy of same via regular mail in a properly addressed envelope with adequate postage affixed thereon addressed to:

James A. Lamberth, Esq.
Lynette Eaddy Smith, Esq.
TROUTMAN SANDERS, LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Philip W. Savrin, Esq.
W. Mark Weaver, Esq.
FREEMAN, MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948

This the 18th day of September, 2003.

                                          COUNSEL FOR DEFENDANT
                                          SIDNEY R. EUDY

WEIZENECKER, ROSE,                   STEPHEN G. WEIZENECKER
MOTTERN & FISHER, P.C.              Georgia Bar No. 746451
1800 Peachtree Road, N.W., Suite 620  KIM KNIGHT PEREZ
Atlanta, Georgia 30309                    Georgia Bar No. 572125
(404) 365-9799

2