

Filed 2/2/04
By: B Hatcher
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIG INSURANCE COMPANY,  :
                        :
            Plaintiff,  :   CIVIL ACTION NO.
                        :
v.                      :   1:03-CV-2096-HTW
                        :
UNIVERSAL WRESTLING CORP., :
et al.,                 :
                        :
            Defendants. :

ORDER OF COURT

After reviewing the pleadings in the above-styled action, the Court has determined that the undersigned RECUSES himself from ruling on this matter.

IT IS ORDERED that the Clerk of this Court reassign this case to another judge, and further DIRECTS that no replacement case be assigned to him.

SO ORDERED, this 30th day of January, 2004.

HORACE T. WARD, SENIOR JUDGE
UNITED STATES DISTRICT COURT

AO 72A
(Rev. 8/82)

17