**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TIG INSURANCE COMPANY,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSAL WRESTLING CORP., INC.,<br> f/k/a WORLD CHAMPIONSHIP<br> WRESTLING, INC., TURNER<br>SPORTS, INC., TURNER<br> ENTERTAINMENT GROUP, INC.,<br>SIDNEY R. EUDY, AND JOHNNY LAURINAITIS,<br><br>　　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1: 03-cv-2096-WBH |

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, for consideration of defendants' motion to dismiss and/or for judgment on the pleadings, and the court having granted said motion, it is

**Ordered and Adjudged** that judgment is entered for defendants Universal Wrestling Corp, Inc., f/k/a World Championship Wrestling, Inc., Turner Sports, Inc., Turner Entertainment Group, Inc., and Johnny Laurinaitis against plaintiff for the costs of this action.

　Dated at Atlanta, Georgia, this 3oth day of July, 2004.

　　　　　　　　　　　　　　　　　　　　　　　LUTHER D. THOMAS
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　By:    *s/*Jessica Birnbaum
　　　　　　　　　　　　　　　　　　　　　　　Jessica Birnbaum, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 30, 2004
Luther D. Thomas
Clerk of Court

By:    *s/*Jessica Birnbaum
　　　　Deputy Clerk